UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1   KYLE ROBERT HENEY, and
D-2   RUSSELL WAYNE SALISBURY,

Defendants.

Case: 1:21-cr-20085
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 2/3/2021
Description: SEALED MATTER (TT)

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Possession with intent to distribute Methamphetamine**
**(21 U.S.C. §§ 841(a) and 841(b)(1)(A)(viii))**

**D-1 KYLE ROBERT HENEY**

On or about July 15, 2020, in the Eastern District of Michigan, Northern Division, Kyle Heney knowingly and intentionally possessed with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
### Possession with intent to distribute Methamphetamine
### (21 U.S.C. §§ 841(a) and 841(b)(1)(B)(viii))

**D-2 RUSSELL WAYNE SALSIBURY**

On or about July 15, 2020, in the Eastern District of Michigan, Northern Division, Russell Salisbury knowingly and intentionally possessed with intent to distribute more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all

property involved in, or property traceable to, the violations alleged in this Indictment.

Dated: February 3, 2021

**THIS IS A TRUE BILL**

s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/TIMOTHY TURKELSON
TIMOTHY TURKELSON
Assistant U.S. Attorney
210 Federal Building,
600 Church Street,
Flint, Michigan 48502
(810) 766-5177
timothy.turkelson@usdoj.gov
(P53748)

**Companion Case information MUST be completed by AU**  Case: 1:21-cr-20085
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 2/3/2021
Description: SEALED MATTER (TT)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov— |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl—

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☑ No | AUSA's Initials: TT |

**Case Title:** USA v. KYLE HENEY & RUSSELL SALISBURY

**County where offense occurred :** GLADWIN

**Check One:**  ☑ Felony   ☐ Misdemeanor   ☐ Petty

__X__ Indictment/____ Information --- **no prior complaint.**
____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below].*

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

02/03/2021
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013